In the Matter of the Application of Dr. LEONARD LINCOLN LANDIS, Petitioner, for a Certiorari Order against CHESTER S. LORD and Others, Constituting the Regents of the University of the State of New York, Defendants.— Motion for certiorari order granted. Motion for stay denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

FREDERICK F. KOOKOGEY, Appellant, v. CHARLES A. O'HARA, Respondent, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

ELIZABETH CONSTABLE, Respondent, v. OSCAR SEIBING, Appellant.— Motion granted, with ten dollars costs, unless the appellant, within thirty days, perfects his appeal and pays said costs, in which event motion is denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of HAROLD A. CROSS, Respondent, against GENERAL MOTORS CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

MURRAY A. DODDS, Respondent, v. DEGRASSE PAPER COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of PETER KELLER, Appellant, against THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of CARRIE AUSTIN, Respondent, against KEEN's ENGLISH CHOP HOUSE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.